BERRY BUTLER ET AL V. LEON MOTEN ET AL

No. A-8428. Decided June 28, 1961
(347 S. W. 2d Series 917)

PER CURIAM.

Since no motion for rehearing was filed in the Court of Civil Appeals as required by Rule 469(c), Texas Rules of Civil Procedure, respondent's motion to dismiss petitioners' application for want of jurisdiction is granted, and the application for writ of error is dismissed. See State Board of Morticians v. Frank R. Cortez, 157 Tex. 649, 308 S.W. 2d 12.